

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 8:21-CR-00141-DOC |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER HEARING |
| PEDRO SANCHEZ | ) |
| Defendant. | ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on: *nature of current allegations which reflects unwillingness to comply with the terms of his supervised release; family ties to a foreign country; history of substance abuse; nature of criminal history; lack of bail resources; an unverified background and pretrial services recommendation to detain.*

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 10/7/21

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge