

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 8:21-CR-00141-DOC-1 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| PEDRO SANCHEZ, JR., | ) | |
| Defendant. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1        any other person or the community if released under 18 U.S.C. § 3142(b) or

2        (c).

3        These findings are based on the instant allegations, defendant's unknown

4  background information, unknown bail resources, and history of prior violations of

5  court-ordered supervision.

6        IT THEREFORE IS ORDERED that the defendant be detained pending the final

7  revocation proceedings.

8

9  Dated: _____7/14/22_____

                                HONORABLE AUTUMN D. SPAETH

10                             United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2